**In the Interest of B.N.B., a minor child.**

**No. ED 75308.**

Missouri Court of Appeals, Eastern District, Division Three.

Sept. 21, 1999.

David O. Fischer, St. Louis, for appellant.

Catherine W. Keefe, Keefe & Brodie, Clayton, for respondent. ·

Before: RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, J., and LAWRENCE E. MOONEY, J.

### ORDER

PER CURIAM.

Mother of B.N.B. appeals from the judgment terminating her parental rights to B.N.B. pursuant to Section 211.447, RSMo (1997).

We have reviewed the briefs of the parties and the record on appeal and no error of law appears. No precedential or jurisprudential purpose would be served by an extended opinion reciting detailed facts and restating principles of law. We affirm the judgment pursuant to Rule 84.16(b).